IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

CRIMINAL CASE NO. 3:15CR *114*
18 U.S.C. § 1344(2)
18 U.S.C. § 656

WILLIAM JOSEPH PULLEN

## PENALTIES

### COUNT 1
### 18 U.S.C. § 1344(2)

Not more than 30 years imprisonment          18 U.S.C. § 1344;
Not more than $1,000,000.00 fine, or both    18 U.S.C. § 1344;
Not more than 5 years supervised release     18 U.S.C. § 3583(b)(1); and
$100 special assessment                      18 U.S.C. § 3013(a)(2)(A).

### COUNT 1
### 18 U.S.C. § 656

Not more than 30 years imprisonment          18 U.S.C. § 656;
Not more than $1,000,000.00 fine, or both    18 U.S.C. § 656;
Not more than 5 years supervised release     18 U.S.C. § 3583(b)(1); and
$100 special assessment                      18 U.S.C. § 3013(a)(2)(A).