**CRIMINAL CASE COVER SHEET**                          **U.S. DISTRICT COURT**

**Complete entire form**

**Place of Offense:**                 **Related Case Information:**

City __Water Valley__                 Superseding: ☐ Yes ☑ No   If yes, Case No._____

County __Yalobusha__                         Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile:   ☐ Yes   ☑ No       If yes, Matter to be sealed:   ☐ Yes   ☐ No

Defendant Name __WILLIAM JOSEPH PULLEN__

Alias Name _____

Address __Water Valley, MS 38965__

DOB __1978__   SS# __xxxxx8989__ Sex __M__   Race __White__   Nationality _____

Represented by: _____

**U.S. Attorney Information:** AUSA __Clayton A. Dabbs__              Bar # __101537__

Interpreter: ☐ Yes   ☑ No     List Language and/or dialect: _____

**Location Status:**

Pretrial Release ☑ Yes   ☐ No     In Custody ☐ Yes   ☑ No

Federal _____ State _____     Date of Arrest _____

Location _____

**U.S.C. Citations**

Total # of Counts __2__          ☐ Petty       ☐ Misdemeanor     ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 __18:1344A.F__ | BANK FRAUD | 1 |
| Set 2 __18:656.F__ | THEFT/EMBEZZLEMENT/MISAPPLICATION BY BANK OFFICER | 2 |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |

Date: __9/23/2015__          Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)          __3:15 CR 114__