IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                          CRIMINAL CASE NO. 3:15CR114-DMB-SAA

WILLIAM JOSEPH PULLEN

## PLEA AGREEMENT

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1. GUILTY PLEA: The defendant agrees to plead guilty under oath to Count One of the Indictment, which charges that WILLIAM JOSEPH PULLEN, defendant, knowingly executed and attempted to execute a scheme and artifice to defraud Mechanics Bank and to obtain the moneys, funds, credits, assets, securities and other property owned by and under the custody and control of Mechanics Bank, a financial institution, by means of false and fraudulent pretenses, representations, and promises in violation of Title 18, United States Code, Section 1344(2), which carries maximum possible penalties of not more than 30 years imprisonment, not more than $1,000,000 fine, or both, not more than 5 years supervised release and a special assessment of $100.

2. OTHER CHARGES: The United States agrees not to charge the defendant with any other offenses arising from or related to the above charge and agrees to dismiss all other counts of the Indictment as to the defendant upon conclusion of sentencing on Count One.

3.    RESTITUTION:   The defendant understands that the Court may order restitution in accordance with the provisions of 18 U.S.C. § 3663 for all offenses committed and specifically agrees that restitution is not limited to the count of conviction.

4.    FDIC PROHIBITION: The defendant agrees that he will consent to an Order of Prohibition from Further Participation pursuant to Section 8(e) of the Federal Deposit Insurance Act, 12 U.S.C. § 1818(e), by entering into a Stipulation and Consent to the Issuance of an Order of Prohibition from Further Participation with the Federal Deposit Insurance Corporation.

5.    OTHER AUTHORITIES:   This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws.   Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or administrative actions or remedies.

6.    VIOLATIONS OF THIS AGREEMENT:   If defendant violates this agreement, all statements made pursuant hereto will be admissible against defendant, who hereby waives the provisions of Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence.   Defendant may also, in that event, be prosecuted for all federal offenses, including perjury and false statements relating to this plea agreement.

7.    ACKNOWLEDGMENTS:  Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere in the plea documents, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the plea of guilty.   This agreement fully reflects all promises, agreements, and understandings between the defendant and the United States Attorney.   The

defendant's agreement is knowing, free, and voluntary, and not the product of force, threat, or

coercion.   The defendant is pleading guilty because defendant is in fact guilty.

This, the 17th day of ~~January~~ February, 2016 .  *FCA*

_____
FELICIA C. ADAMS
United States Attorney
Mississippi Bar No. 1049


**AGREED AND CONSENTED TO:**          **APPROVED:**


_____     _____
WILLIAM JOSEPH PULLEN                M. SCOTT DAVIS
Defendant                            Attorney for Defendant
                                     Mississippi Bar No. 103225

3