**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**CRIMINAL MINUTES - GENERAL**

No.   3:15CR114

Style:   UNITED STATES OF AMERICA V. WILLIAM JOSEPH PULLEN

Place Held: Greenville, Mississippi

Date & Time Began:   February 25, 2016, 1:01 p.m.
Date & Time Ended:   February 25, 2016, 1:26 p.m.

TOTAL TIME: 25 MINUTES

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

| Rita Thomas | Susan May |
|---|---|
| Courtroom Deputy | Official Court Reporter |
| FOR THE GOVERNMENT: | FOR THE DEFENDANT: |
| Clayton A Dabbs, AUSA | M. Scott Davis, FPD |

U.S. PROBATION:
Greg Tollison

Proceedings:
Waiver of Indictment Filed _____   Indictment Filed _____   Information Filed _____

Plead Defendant:      William Joseph Pullen

GUILTY                         NOT GUILTY                   NOLO CONTENDERE

Count 1 of the Indictment      _____            _____

Released on Bond: _____

Bond Set: _____

Bond Continued    X

Remand to Custody of U.S. Marshal: _____

Set for Sentencing:   Upon completion of the presentence report.

Remarks:

DAVID CREWS, Clerk of Court

By: /s/ Rita Thomas
Rita Thomas, Courtroom Deputy