IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**CRIMINAL MINUTES – SENTENCING**

No. 3:15-CR-114

Style: UNITED STATES OF AMERICA V. WILLIAM JOSEPH PULLEN

Place Held: Greenville, Mississippi

Date & Time Began: July 7, 2016, 11:26 a.m.
Date & Time Ended: July 7, 2016, 3:00 p.m.

TOTAL TIME: 1 Hour 25 Minutes

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

| | |
|---|---|
| Rita Thomas | Susan May |
| Courtroom Deputy | Official Court Reporter |

| | |
|---|---|
| FOR THE GOVERNMENT: | FOR THE DEFENDANT: |
| Clayton A. Dabbs | M. Scott Davis |

U.S. PROBATION:
Greg Tollison

Proceedings: Sentencing

Remarks: Sentencing held. Witness testified. Final Judgment to follow.

DAVID CREWS, Clerk of Court

By: /s/ Rita Thomas
Rita Thomas, Courtroom Deputy