# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 3:15-CR-114

WILLIAM JOSEPH PULLEN

### ORDER OF VOLUNTARY SURRENDER

The defendant, having been sentenced in the above case to a term of imprisonment, is hereby ordered to surrender by reporting as directed by the Clerk of the Court on _September 19_, 2016, at 2:00 p.m.

SO ORDERED, this _7th_ day of _July_, 2016.

_____
DEBRA M. BROWN
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:**

I AGREE TO REPORT AS DIRECTED IN THIS ORDER AND UNDERSTAND THAT IF I FAIL TO DO SO, I MAY BE CITED FOR CONTEMPT OF COURT AND IF CONVICTED OF CONTEMPT, MAY BE PUNISHED BY IMPRISONMENT OR FINE OR BOTH.

_____  _____
ATTORNEY/WITNESS                  DEFENDANT